

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535



FILED
DISTRICT COURT OF GUAM

APR 1 8 2008

SOUTHERN DIVISION
JEANNE G. QUINATA
Clerk of Court

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

April 4, 2008

Clerk, United District Court
District of Guam
520 West Soledad Avenue, 4th Floor
Hagatna, GU 96910-4950

Re: Transfer of our Civil Case No. __CV 07-7150-R (AGR)__

Case Title: __ISAGANI DE LA PENA v. S.A. HOLENCIK__

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _____
Deputy Clerk

cc: All counsel of record

========================================================================

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

By _____
Deputy Clerk

CV-22 (01/01)     TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-07150-R-AGR
### Internal Use Only

| | |
|---|---|
| Isagani De La Pena v. S.A. Holencik | Date Filed: 10/31/2007 |
| Assigned to: Judge Manuel L. Real | Date Terminated: 04/01/2008 |
| Referred to: Magistrate Judge Alicia G. Rosenberg | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federal) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Isagani De La Pena**      represented by **Isagani De La Pena**
REG 00944-093
Federal Correctional Institution
Victorville
P O Box 5300
Adelanto, CA 92301
PRO SE



I hereby attest and certify on 4/4/2008 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

V.

**Respondent**

**S. A. Holencik**      represented by **Assistant US Attorney LA-CV**
AUSA - Office of US Attorney
Civil Division
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012
213-894-2434
Email: USACAC.Civil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric David Vandevelde**
AUSA - Office of US Attorney
312 North Spring Street
Los Angeles, CA 90012
213-894-2576
Email: usacac.criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2008 | 11 | TRANSMITTAL of documents: original file, certified copy of order and docket sheet to District of Guam. (mp) (Entered: 04/04/2008) |
| 04/01/2008 | 10 | ORDER by Judge Manuel L. Real transferring case to District of Guam. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.). It is therefore ORDERED that this action be transferred to the United States District Court for the District of Guam, and that the Clerk of this Court effect such transfer. It is further ORDERED that the Clerk serve copies of this Order on the parties. (mp) (Entered: 04/04/2008) |
| 03/07/2008 | 9 | Traverse Motion in Response to Government's Motion to Dismiss Petition filed by Petitioner Isagani De La Pena. (mp) (Entered: 03/14/2008) |
| 03/06/2008 | 8 | ORDER RE: FILING OF OPPOSITION TO MOTION TO DISMISS by Judge Alicia G. Rosenberg. The Court believes that an Opposition may be of assistance in determining this matter. Therefore, it is ordered that petitioner file an Opposition no later than April 7, 2008. Unless the Court orders otherwise, the matter will be deemed submitted on the day following the day petitioner's Oppostion is due. (mp) (Entered: 03/06/2008) |
| 01/16/2008 | 7 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction *Petition for Habeas Corpus* filed by Respondent S. A. Holencik. (Vandevelde, Eric) (Entered: 01/16/2008) |

| 12/24/2007 | 6 | MEMORANDUM in Support of 28 U.S.C. 2241 Petition [1], filed by Petitioner Isagani De La Pena. (yca) (Entered: 01/16/2008) |
|---|---|---|
| 12/05/2007 | 5 | MINUTES OF IN CHAMBERS ORDER by Judge Alicia G. Rosenberg re: Petition for Writ of Habeas Corpus (2241)[1]. IT IS HEREBY ORDERED that Petitioner may file the "accompanying memorandum" referenced on Page 3 of his Petition on or before January 7, 2008. The time for Respondent to file a motion to dismiss or answer pursuant to Paragraphs 3 and 6 of the Order filed November 13, 2007, shall run from the date of service of Petitioner's accompanying memorandum unless otherwise ordred by the Court. In all respects, the provisions of the Order filed November 13, 2007, shall remain in effect. (agrcrd, ) (Entered: 12/06/2007) |
| 11/28/2007 | 4 | NOTICE of Attorney Appearance for Respondent filed by attorney Eric David Vandevelde on behalf of Respondent S. A. Holencik (agrcrd, ) (Entered: 11/29/2007) |
| 11/13/2007 | 3 | ORDER REQUIRING RESPONSE TO PETITION (FEDERAL CUSTODY by Judge Alicia G. Rosenberg re Petition for Writ of Habeas Corpus (2241)[1]. Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2241. In order to facilitate the just, speedy, and inexpensive determination of this action, IT IS ORDERED that within 14 days, Respondent shall serve and file a Notice of Appearance notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served, and attornye's telephone and fax number. If respondent contends that the Petition can be decided without the Court reaching the merits of petitioner's claims, respondent shall file a motion to dismiss no later than 30 days of the date of this Order. If respondent does not contend that the Petition can be decided without the Court reaching the merits of petitioner's claims, respondent shall file and serve an Answer to the Petition no later than 45 days of the date of this Order. Petitioner shall file his Opposition to the respondent's motion to dismiss or a Reply to the Answer to Petition within thirty (30) days of the date of service thereof. (See Order for details.) (agrcrd, ) (Entered: 11/13/2007) |
| 10/31/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. |

| | | |
|---|---|---|
| | | Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Manuel L. Real and referred to Magistrate Judge Alicia G. Rosenberg to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (ghap) (Entered: 11/08/2007) |
| 10/31/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In Federal Custody (28:2241) Case assigned to Judge Manuel L. Real and referred to Magistrate Judge Alicia G Rosenberg.(Filing fee $ 5 fee due), filed by petitioner Isagani De La Pena.(ghap) (Entered: 11/08/2007) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

RECEIVED
APR 18 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIORITY MAIL

AIR MAIL

United States District Court
District of Guam
520 West Soledad Avenue
4th Floor
Hagatna, GU 96910-4650