Name **Isagani De La Pena**

Prison Number **00944-093**

**Federal Correctional Institution**
**PO Box 5300**
**Adelanto, CA 92301**

Address or Place of Confinement

Note: If represented by an attorney, write attorney's name, address & telephone number

FILED

2007 OCT 31 PM 5:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF. LOS ANGELES

BY _____

# United States District Court

**CENTRAL    DISTRICT OF CALIFORNIA**

**Isagani De La Pena**

Full Name (First, Middle, Last)

Petitioner,

vs.

**S.A. HOLENCIK,**

Name of Warden

(or other authorized person having custody of petitioner)

Respondent.

CASE NO **07-7150-** KK (AGR)

(to be supplied by the Clerk of the United States District Court)

**PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
BY A PERSON IN FEDERAL CUSTODY**

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. ✓ a conviction
2. ✓ a sentence
3. ___ jail or prison conditions
4. ___ prison discipline
5. ___ a parole problem
6. ___ other

**CAUTION:** If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

DOCKETED ON CM

8 2007

BY ___

# PETITION

(1) Place of detention: __F.C.I VICTORVILLE , ADELANTO, CA 92301__

(2) Name and location of court which imposed sentence: __U.S DISTRICT COURT FOR THE TERRITORY OF GUAM__

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed:
__1 - 21 USC. S 941 (a)(1) ; 2 - SAME ; 3 - 21 USC. 860 ; 4 - 18 USC 922 (g)(1) ; 5 - SAME ; DISTRICT CT- No 00-00126 (D. Guam)__

(4) The date upon which sentence was imposed and the terms of the sentence:
__OCTOBER 9, 2002 -- 365 MONTHS IMPRISONMENT__

(5) What was your plea (check one):     Not guilty (✓)     Guilty ( )     Nolo contendere ( )

(6) Kind of trial (check one):     Jury (✓)     Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:     Yes (✓)     No ( )

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: __NINTH CIRCUIT COURT OF APPEALS__
Grounds raised (list each):
1) _____
2) _____

Result/Date of result: __AFFIRMED, FEBRUARY 26, 2003__

~~SECOND APPEAL~~: 28 U.S.C. 2255 MOTION
Name of court: __DISTRICT COURT OF GUAM__
Grounds raised (list each):
1) __VIOLATION OF RIGHT TO SPEEDY TRIAL__
2) __VIOLATION OF RIGHT AGAINST SELF - INCRIMINATION__
Result/Date of result: __DENIED, JULY 7, 2005__

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground. If necessary attach additional pages behind this page.

> **CAUTION:**     If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE _POST - CONVICTION INTERPRETATION OF STATUTE HAS_

_RENDERED MR. De La PENA'S CONVICTION FOR § 860 (a) INVALID_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

> CAUTION: You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

_POST -CONVICTION INTERPRETATION OF STATUTE HAS MADE CLEAR_
_THAT COUNT 2 -- DISTRIBUTION (21 U.S.C. § 841 (a)(1)) AND COUNT 3_
_DISTRIBUTION NEAR A PLAYGROUND (21 U.S.C. § 860) CAN BE CHARGED_
_AT THE SAME TIME, BUT THE COURT MAY NOT, UNDER THE DOUBLE_
_JEOPARDY CLAUSE, ENTER THE TWO AS SEPERATE CONVICTION BECAUSE_
_§ 841 (a)(1) IS A LESSER OFFENSE OF § 860. SEE ACCOMPANYING_
_MEMORANDUM)_

GROUND TWO _INEFFECTIVE ASSISTANCE OF COUNSEL_

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).
_COMPETENT COUNSEL WOULD HAVE OBJECTED TO THE ABOVE MENTIONED_
_COUNTS ON DOUBLE JEOPARDY GROUNDS_

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )      No ( )    If your answer is no, explain why not: _____
_____

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
    1) _____
    2) _____
Result/Date of result:_____

SECOND ADMINISTRATIVE APPEAL      Level of appeal:_____
Grounds raised (list each):
    1) _____
    2) _____
Result/Date of result_____

THIRD ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
      1)    _____
      2)    _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
      1)    _____
      2)    _____
Result/Date of result:_____

(11)    Is the grievance process completed?    Yes ( )    No ( )

# PREVIOUS PETITIONS

(12)    Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

    Yes (✓)    No ( )

(13)    If your answer to Question #13 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court:___*DISTRICT COURT OF GUAM*___
Nature of proceeding:___*HABEAS # 2255*___
Grounds raised (list each):
      1)    *MOTION TO VACATE*___
      2)    _____
Result/Date of result:___*DENIED 7-7-2005*___

SECOND PREVIOUS PETITION
Name of court:_____
Nature of proceeding:_____
Grounds raised (list each):
      1)    _____
      2)    _____
Result/Date of result:_____

(14)    If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
    ___*PREVIOUSLY FILED # 2255*___
_____
_____
_____
_____
_____

(15)   Are you presently represented by counsel?

Yes ( )          No (✓)

If so, provide your attorney's name, address, and telephone number:

_____

_____

(16)   If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes ( )          No (✓)

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

October 3, 2007                        *Isagani Dela Pena*
_____                    _____
(Date)                                 (Signature of Petitioner)
                                       Isagani De La Pena/Movant
                                       Petitioner

*Isagani Dela Pena*
_____
(Signature of Attorney, if any)
Isagani De La Pena/Propria Persona



Isagani De La Pena
Reg. No. 00944-093
Federal Correctional Institution
Victorville I
P.O. Box 5300
Adelanto, CA 92301

United States District Court
Central District of California
Clerk of the Court
312 N. Spring Street
Los Angeles, CA 90012

**LEGAL MAIL**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

OCT 1 0 2007