

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| **ISAGANI DE LA PENA** <br> PLAINTIFF(S) <br> V. <br> **S. A. HOLENCIK** <br> DEFENDANT(S) | **CV07- 7150 R (AGR)** <br><br> **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE** <br> (Petition for Writ of Habeas Corpus) |

Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable Manuel Real, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Alicia G. Rosenberg, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

November 1, 2007              By    CSAWYER
Date                                Deputy Clerk





**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

Thursday, November 01, 2007

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

ISAGANI DE LA PENA
#00944-093
P. O. BOX 5300
ADELANTO, CA 92301

Dear Sir/Madam:

Your petition has been filed and assigned civil case number    CV07- 7150 R (AGR)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[X] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
     CSAWYER
By: _____
    Deputy Clerk

CV-111 (07/06)                    NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION
Case 1:08-cv-00004   Document 12-3   Filed 04/18/2008   Page 2 of 3



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

SHERRI R. CARTER
District Court Executive
and Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, November 01, 2007

ISAGANI DE LA PENA
#00944-093
P. O. BOX 5300
ADELANTO, CA 92301


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
CV07- 7150 R (AGR)

A. [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number                      and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
[ ] District Court Judge _____

[X] Magistrate Judge _____**Alicia G. Rosenberg**_____

at the following address:

[X] U.S. District Court            [ ] Ronald Reagan Federal            [ ] U.S. District Court
    312 N. Spring Street               Building and U.S. Courthouse         3470 Twelfth Street
    Civil Section, Room G-8            411 West Fourth St., Suite 1053      Room 134
    Los Angeles, CA 90012              Santa Ana, CA 92701-4516             Riverside, CA 92501
                                       (714) 338-4750

The Court must be notified within fifteen (15) days of any address change. If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____CSAWYER_____
Deputy Clerk