THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ERIC D. VANDEVELDE (Cal. Bar No. 240699)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2576
    Facsimile: (213) 894-0141
    E-mail: eric.vandevelde@usdoj.gov

Attorneys for Respondent
S. A. Holencik

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAGANI DE LA PENA,<br><br>    Petitioner,<br><br>    v.<br><br>S. A. HOLENCIK,<br><br>    Respondent. | No. CV 07-7150-R (AGR)<br><br><u>NOTICE OF ATTORNEY APPEARANCE<br>FOR RESPONDENT</u> |

Pursuant to the court's order of November 13, 2007, Respondent, S. A. Holencik, through his attorney of record, the United States Attorney's Office for the Central District of California, hereby advises the court that Assistant United States Attorney ("AUSA") Eric D. Vandevelde will have principal charge

//
//
//
//
//

FILED 2007 NOV 28 PM 2:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

DOCKETED ON CM
NOV 29 2007
BY ___

of this matter.  Contact information for AUSA Vandevelde is listed above.

Dated: November 28, 2007          Respectfully submitted,

                                                                 THOMAS P. O'BRIEN
                                                                 United States Attorney

                                                                 CHRISTINE C. EWELL
                                                                 Assistant United States Attorney
                                                                 Chief, Criminal Division

                                                                 ERIC D. VANDEVELDE
                                                                Assistant United States Attorney

                                                                Attorneys for Respondent
                                                               S. A. Holencik

## CERTIFICATE OF SERVICE

I, **ALEX SILVERIO**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF ATTORNEY APPEARANCE FOR RESPONDENT**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**ISAGANI DE LA PENA
REG. NO. 00944-093
FCI VICTORVILLE MEDIUM I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5300
ADELANTO, CA 92301**

This Certificate is executed on **NOVEMBER 28, 2007,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
ALEX SILVERIO