# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 07-7150-R (AGR) | Date December 5, 2007 |
| Title | Isagani de la Pena v. S. A. Holencik | |

**Present: The Honorable** Alicia G. Rosenberg, United States Magistrate Judge

| Marine Pogosyan | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:      Attorneys Present for Respondent:

None      None

**Proceedings:**    In Chambers **PETITION FOR WRIT OF HABEAS CORPUS**

On October 31, 2007, Petitioner filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 by a Person in Federal Custody ("Petition"). The Petition alleges two grounds for relief.

Ground One refers to an "accompanying memorandum." (Petition at 3.) However, Petitioner did not file a memorandum with his Petition.

IT IS HEREBY ORDERED that Petitioner may file the "accompanying memorandum" referenced on Page 3 of his Petition on or before ***January 7, 2008.*** The time for Respondent to file a motion to dismiss or answer pursuant to Paragraphs 3 and 6 of the Order filed November 13, 2007, shall run from the date of service of Petitioner's accompanying memorandum unless otherwise ordered by the Court. In all other respects, the provisions of the Order filed November 13, 2007, shall remain in effect.

cc: The Parties

                                              0 : 0

Initials of Preparer    mp