UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ISAGANI DE LA PENA, | No. CV 07-7150-R (AGR) |
|     Petitioner, | |
| v. | **ORDER RE: FILING OF OPPOSITION TO MOTION TO DISMISS** |
| S. A. HOLENCIK, | |
|     Respondent. | |

On January 16, 2008, respondent filed a Motion to Dismiss Petition for Writ of Habeas Corpus. Petitioner's Opposition to respondent's Motion to Dismiss was due by February 16, 2008. The Court believes that an Opposition may be of assistance in determining this matter. Therefore, it is **ordered** that petitioner file an Opposition **no later than April 7, 2008**. Petitioner is advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion, and may result in dismissal of the action. Local Rule 7-12.

Unless the Court orders otherwise, the matter will be deemed submitted on the day following the day petitioner's Opposition is due.

DATED: March 6, 2008

                                                                                    ALICIA G. ROSENBERG
                                                                            UNITED STATES MAGISTRATE JUDGE